# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JASON M. MANNING/ROGERS                                            PLAINTIFF
ADC #108709

v.                          No. 2:20-cv-175-DPM-BD

DEEN, Major, EARU; ARKANSAS
DEPARTMENT OF CORRECTIONS,
East Arkansas Regional Unit; LAY, Warden,
EARU; and RANDALL, Major, EARU                                    DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Manning/Rogers may proceed with his claims against Major Deen, Warden Lay, and Major Randall. Manning/Rogers's claim against the Arkansas Department of Corrections is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 October 2020