IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON M. MANNING/ROGERS          PLAINTIFF
ADC #108709

v.                    No. 2:20-cv-175-DPM

JEFFREY DEEN, Major, EARU;
GAYLON LAY, Warden, EARU;
and KENYON RANDLE, Major, EARU*          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 18*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 12*, granted. Manning/Rogers's remaining claims will be dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2020

---

* The Court directs the Clerk to update Defendants' names on the docket. *Doc. 18 at 2 n.2.*