# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JASON M. MANNING/ROGERS　　　　　　　　　　　PLAINTIFF
ADC #108709

v.　　　　　　　　No. 2:20-cv-175-DPM

JEFFREY DEEN, Major, EARU;
ARKANSAS DEPARTMENT OF
CORRECTION, East Arkansas Regional Unit;
GAYLON LAY, Warden, EARU;
and KENYON RANDLE, Major, EARU　　　　　　DEFENDANTS

## JUDGMENT

Manning/Rogers's claims against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 December 2020